# IN THE SUPREME COURT OF THE STATE OF NEVADA

RYAN MANCIU,
Appellant,
vs.
GENIVA MANCIU,
Respondent.

No. 70409

**FILED**

JUN 1 7 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
CHIEF DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This appeal is from an order of the district court regarding custody. Tenth Judicial District Court, Churchill County; Thomas L. Stockard, Judge.

On June 2, 2016, respondent filed a motion to dismiss this appeal as untimely. The motion is unopposed.

Cause appearing, the motion is granted. Notice of entry of the district court's April 4, 2016, order was served on April 11, 2016, and filed in the district court on April 13, 2016. The notice of appeal was filed in the district court on May 17, 2016. Pursuant to NRAP 4(a)(1), a notice of appeal must be filed no later than 30 days after the date that written notice of entry of the judgment or order appealed from is served. Here, more than 30 days elapsed between service of the notice of entry and the filing of the notice of appeal.[1] Accordingly, we

---

[1] Even assuming *arguendo* that NRAP 26(c) applied, the notice of appeal was still untimely filed.

16-19080

ORDER this appeal DISMISSED.[2]

_____, J.
Douglas

_____, J.
Cherry

_____, J.
Gibbons

cc:    Hon. Thomas L. Stockard, District Judge
Carolyn Worrell, Settlement Judge
Evenson Law Office
Peter B. Jaquette
Churchill County Clerk

---

[2] Respondent's June 2, 2016, motion for exemption from the settlement program is denied as moot, as the appeal was removed from the settlement program on June 14, 2016.